EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Charles.Parker@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:16-cv-607 |
|---|---|
| Petitioner, | [PROPOSED] ORDER TO SHOW CAUSE |
| v. | |
| TERRANCE J. SHANNON, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons[es]. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

//

1    THEREFORE, IT IS ORDERED that Respondent appears before this District
2 Court of the United States for the Central District of California in Courtroom No.
3 __9D__, Ronald Reagan Federal Building and United States Courthouse, 411 West
4 Fourth Street, Santa Ana, California 92701 on May 30[1], 2016, at __8:30__ a.m. and
5 show cause why the testimony and production of books, papers, records and other data
6 demanded in the subject Internal Revenue Service summons should not be compelled.
7    IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum
8 of Points and Authorities, and accompanying Declaration be served promptly upon
9 Respondent by any employee of the Internal Revenue Service or by the United States
10 Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing
11 documents at the Respondent's dwelling or usual place of abode with someone of
12 suitable age and discretion who resides there, or by certified mail.
13    IT IS FURTHER ORDERED that within ten (10) days after service upon
14 Respondent of the herein described documents, Respondent shall file and serve a written
15 response, supported by appropriate sworn statements, as well as any desired motions.  If,
16 prior to the return date of this Order, Respondent files a response with the Court stating
17 that Respondent does not desire to oppose the relief sought in the Petition, nor wish to
18 make an appearance, then the appearance of Respondent at any hearing pursuant to this
19 Order to Show Cause is excused, and Respondent shall be deemed to have complied with
20 the requirements of this Order.

26 //
27 //
28 //

1  IT IS FURTHER ORDERED that all motions and issues raised by the pleadings
2  will be considered on the return date of this Order.  Only those issues raised by motion
3  or brought into controversy by the responsive pleadings and supported by sworn
4  statements filed within ten (10) days after service of the herein described documents will
5  be considered by the Court.  All allegations in the Petition not contested by such
6  responsive pleadings or by sworn statements will be deemed admitted.

DATED: April 13, 2016

*David O. Carter*

United States District Court Judge

Respectfully presented,
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

         /s/
CHARLES PARKER
Assistant United States Attorney

Attorney for Petitioner
UNITED STATES OF AMERICA

3