EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: Charles.Parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>TERRANCE J. SHANNON,<br><br>Respondent. | Case No. 8:16-cv-00607 DOC (DFMx)<br><br>ORDER TO SHOW CAUSE |

    Upon the motion by the United States, the memorandum in support thereof, and the declarations of Revenue Officer Wendylene Wooldridge and government counsel Charles Parker, it is hereby

    ORDERED that the respondent, Terrance Shannon, shall appear before United States Judge David O. Carter in Courtroom 9D, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, on **March 6, 2017 at 8:30 a.m.**, to show cause why he should not be held in contempt of this Court's Order of June 1, 2016 (Dkt. No. 10).

    IT IS FURTHER ORDERED that:

    1.    A copy of this Order to Show Cause, together with the United States' Request for Entry of Order to Show Cause and Motion for Contempt, the memorandum

1  in support, and the Declarations of Revenue Officer Wendylene Wooldridge and
2  Assistant United States Attorney Charles Parker, shall be served upon the respondent in
3  accordance with Federal Rule of Civil Procedure 5(b) as soon as practicable after this
4  Order is served upon counsel for the United States.

5      2.    Proof of any service done pursuant to paragraph 1 above shall be filed with
6  the Clerk within three (3) days of service.

7      3.    If the respondent has any defense to present or opposition to the United
8  States' motion, such defense or opposition shall be made in writing and filed with the
9  Clerk of the Court and copies served on Charles Parker, Assistant United States
10 Attorney, Federal Building, Suite 7211, 300 North Los Angeles Street, Los Angeles,
11 California 90012, at least fourteen (14) days prior to the date set for the show cause
12 hearing. The United States may file a reply memorandum to any opposition at least
13 seven (7) days prior to the date set for the show cause hearing.

14     4.    At the show cause hearing, the Court will consider all appropriate issues
15 raised by respondent. Only those issues brought into controversy by the responsive
16 pleadings and supported by affidavit or declaration will be considered.

19 DATED:  December 27, 2016

                                            DAVID O. CARTER
                                            United States District Judge