1  SANDRA R. BROWN
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   CHARLES PARKER (Cal. Bar No. 283078)
4  Assistant United States Attorney
        300 N. Los Angeles Street
5       Federal Building, Suite 7211
        Los Angeles, CA 90012
6       Telephone:  (213) 894-2740
        Facsimile:   (213) 894-0115
7       Email: charles.parker@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:16-cv-0607-DOC (DFMx) |
| Petitioner, | ORDER TO FINDING RESPONDENT IN CONTEMPT |
| v. | |
| TERRANCE J. SHANNON, | |
| Respondent. | |

On April 17, 2017, the Court held an order to show cause hearing to determine why Respondent Terrance Shannon ("Respondent") should not be found in contempt of the Court's June 1, 2016 Order enforcing Internal Revenue Service ("IRS") summonses. [Dkt. No. 10.] For good cause shown, it is hereby

ORDERED that Respondent shall pay a daily fine to the Clerk of the Court in the amount of $500 for each day Respondent is not in substantial compliance with the Court's June 1, 2016 Order, for the period beginning the date this order is entered through June 5, 2016. Should Respondent substantially comply, any and all accrued fines incurred pursuant to this Order will be purged.

IT IS FURTHER ORDERED that:

1.  Respondent shall appear before United States District Judge David O.

1

Carter in Courtroom 9D, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, on **June 12, 2017 at 8:30 a.m.**, to show cause why he should not be held in contempt of this Court's June 1, 2016 Order. This hearing will be vacated if the Court is notified before June 5, 2017 that Respondent has substantially complied with the Court's June 1, 2016 Order.

2. A copy of this Order shall be served by the government upon Respondent in accordance with Fed. R. Civ. P. 5(b) as soon as practicable after this Order is served upon counsel for the United States. Proof of any service done pursuant to the preceding sentence shall be filed with the Clerk within three (3) days of service.

3. The United States shall promptly file a notice with the Court if Respondent complies with the June 1, 2016 Order.

**The Court ADMONISHES Respondent that he is subject to additional sanctions, including imprisonment, if Respondent continues to disobey and/or fails to comply with the Court's June 1, 2016 Order.**

DATED: April 18, 2017

*David O. Carter*
DAVID O. CARTER
United States District Judge

Respectfully presented,

    /s/
CHARLES PARKER
Assistant United States Attorney
Attorney for the United States